ALBANY,
August, 1809.

The People
v.
Parker.

<hr />

The PEOPLE *against* PARKER.

The breaking open in the night time of a store, at the distance of 20 feet from a dwelling-house, but not connected with it, by any fence or enclosure, is not burglary.

THE defendant was convicted, at the last *oyer* and *terminer*, in the county of *Washington*, of a burglary. Judgment was respited, in order to take the opinion of this court, whether the case amounted to burglary.

The facts were these: The prisoner broke open a store, belonging to *Halsey Rogers*, in the night-time. The store was at the distance of twenty feet from the dwelling-house of *Rogers*, and no person slept in the store. The house and store both stood on the same lot, and on the same line, fronting on the public highway. There was no fence between the house and store, nor any enclosure around them, but both of them, and the lot of ground on which they stood, were open to the street.

*Per Curiam.* The store was not within the *curtelage*, as there was no fence or yard, enclosing the dwelling-house and store, so as to bring them within one enclosure. This brings the case within that of the *King* v. *Garland,* (*Leach,* 130.) and distinguishes it from *Gibson's* case, (*Leach,* 287.) The prisoner must be discharged.

Prisoner discharged.